Norman J. Watkins, Esq. [State Bar #87327]
nw@lynberg.com
Shannon L. Gustafson, Esq. [State Bar #228856]
slg@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
333 City Boulevard West, Suite 640
Orange, California 92868-5915
(714) 937-1010

JS - 6

Attorneys for Defendants,
COUNTY OF ORANGE, ORANGE COUNTY SHERIFF'S DEPARTMENT, MICHAEL S. CARONA, and JOSEPH BALICKI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOLA MUGLICH PERALEZ, as Personal Representative of the ESTATE OF ROBERTO PERALEZ, decedent, and individually, and JESSICA PERALEZ, individually<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT, MICHAEL S. CARONA, Sheriff for the County of Orange, in his official and individual capacity; JOSEPH BALICKI, an employee and Officer for the County of Orange, in his official and individual capacity; and DOES 1 TO 10,<br><br>    Defendants.<br>_____ | Case No.:SACV04-443 DOC(MLGx)<br><br>Assigned for All Purposes to the Honorable DAVID O. CARTER<br><br>**JUDGMENT** |

This action came on regularly for trial on October 23, 2007 in Courtroom 9D of the United States District Court, Central District of California located at 411 West Fourth Street, Santa Ana, California, the Honorable David O. Carter, presiding.  Plaintiffs Lola Peralez and Jessica Peralez. ("Plaintiffs") appeared by attorneys Milton Grimes and Shandor Badaruddin.  Defendants Joseph Balicki, Sheriff Michael Carona and County of Orange,  ("Defendants") appeared by attorneys Norman J. Watkins and Shannon L. Gustafson  of Lynberg & Watkins.  A jury of eight persons was regularly impaneled and sworn.

After hearing all of the evidence, the Court duly instructed the jury and the case was submitted to the jury.  On December 6, 2007, the jury returned into Court with a Special Verdict as follows:

**VERDICT FORM**

**QUESTION 1**

Did Defendant Joseph Balicki violate Roberto Peralez' Fourth Amendment rights through the use of lethal force on April 16, 2003?

Yes_____        No__X____

If your answer to Question No. 1 was "yes", proceed to Question No. 2.  If your answer to Question No. 1 was "no", your foreperson should sign and date this Special Verdict Form.

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

///

///

///

Defendants have Judgment in their favor and that Plaintiffs shall take nothing by way of their operative complaint against Defendants.

That Defendants recover from Plaintiffs, their costs of suit in accordance with applicable law; and that this matter be, and hereby is, dismissed as to Defendants with prejudice.

IT IS SO ORDERED.

March 12, 2008

*David O. Carter*

HON. DAVID O. CARTER
United States District Judge